# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| Joshua L. Burr, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00401 |
| | ) | |
| vs. | ) | |
| | ) | |
| Macon County Sheriff's Office, et al, | ) | |
| | ) | |
| Defendants | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 11, 2017 Order.

January 12, 2017

_____

Frank G. Johns, Clerk
United States District Court